FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:24-mj-4765 |
| Sergio Soltero | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __8/9/2024__, _____, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__, in Courtroom __640__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __8/8/2024__

_____
U.S. District Judge/Magistrate Judge